MICHAEL F. HERTZ
Deputy Assistant Attorney General
DAVID J. KLINE
Director, District Court Section
Office of Immigration Litigation
GJON JUNCAJ
Senior Litigation Counsel
NANCY N. SAFAVI
Trial Attorney
P.O. Box 868
Ben Franklin Station
Washington DC, 20044
Phone: (202) 514-9875
Fax: (202) 616-8962
E-mail: Nancy.Safavi@usdoj.gov

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON DAVID MARTIN SANCHEZ, et al., )<br><br>    Plaintiffs, )<br><br>    v. )<br><br>United States of America, et al., )<br><br>    Defendants. ) | No. CV  08-2883 JAM-KJM<br><br>JOINT STIPULATION RE: EXTENSION OF TIME FOR ANSWER TO COMPLAINT AND ORDER |

    This is an immigration case in which Plaintiffs have challenged their denial of benefits pursuant to *American Baptist Churches v. Thornburgh ("ABC")*, 760 F. Supp. 796 (N.D. Cal. 1991), ("*ABC* Agreement").  The parties have agreed to an extension of time for the Defendants to respond to the complaint.  Accordingly, the parties stipulate to a 60-day extension of time for the Government to file its response to the Complaint, until April 3, 2009.

Dated: January 29, 2009.

                                    MICHAEL F. HERTZ
                                    Deputy Assistant Attorney General
                                    DAVID J. KLINE
                                    Director, District Court Section
                                    Office of Immigration Litigation
                                    GJON JUNCAJ

Senior Litigation Counsel

By:   /s/ Nancy N. Safavi
      Nancy N. Safavi
      Trial Attorney

      Attorneys for the Defendants

By:   /s/ Johnny C. Walker
      Johnny C. Walker

      Attorney for the Plaintiffs

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ORDER**

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the time for the Government to respond to the Complaint is extended to April 3, 2009.

IT IS SO ORDERED.

DATED:   January 29, 2009          /s/ John A. Mendez
                                                        JOHN A. MENDEZ
                                                        UNITED STATES DISTRICT JUDGE