TONY WEST
Assistant Attorney General
DAVID J. KLINE
Director, District Court Section
Office of Immigration Litigation
GJON JUNCAJ
Senior Litigation Counsel
NANCY N. SAFAVI
Trial Attorney
P.O. Box 868
Ben Franklin Station
Washington DC, 20044
Phone: (202) 514-9875
Fax: (202) 616-8962
E-mail: Nancy.Safavi@usdoj.gov

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAMON DAVID MARTIN SANCHEZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>United States of America, et al.,<br><br>    Defendants. | No. CV 08-2883 JAM-KJM<br><br>JOINT STIPULATION RE: DISMISSAL OF CASE AND ORDER |

IT IS HEREBY STIPULATED that Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorney of record, agree to dismissal of the above-entitled action with prejudice in light of the fact that United States Citizenship and Immigration Services has determined that Plaintiffs are registered class members and eligible for benefits under the settlement agreement in *American Baptist Churches v. Thornburgh*, 760 F. Supp.796 (N.D. Cal. 1991). The parties agree to bear their own fees and costs.

Dated: June 24, 2009.

TONY WEST
Assistant Attorney General
DAVID J. KLINE
Director, District Court Section

```
                              Office of Immigration Litigation
                              GJON JUNCAJ
                              Senior Litigation Counsel


                   By:        /s/ Nancy N. Safavi
                              Nancy N. Safavi
                              Trial Attorney

                              Attorneys for the Defendants


                   By:        /s/ Johnny C. Walker
                              Johnny C. Walker

                              Attorney for the Plaintiffs
```

**ORDER**

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the this case is dismissed with prejudice, and the parties must bear their own fees and costs.

IT IS SO ORDERED.

DATED: June 23, 2009          /s/ John A. Mendez
                              JOHN A. MENDEZ
                              UNITED STATES DISTRICT JUDGE